UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-23258-WCT

EDUARDO ABUMOHOR,
and those similarly situated,

    Plaintiff,

v.

G4S SECURE SOLUTIONS
(USA), INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice. (ECF No. 46). Upon the parties' consent, this case was referred to the undersigned for trial by the Honorable Darrin P. Gayles, United States District Court Judge for the Southern District of Florida. (ECF No. 45).

At a settlement conference before the undersigned, the parties reached agreement resolving all of the outstanding issues alleged in the Complaint arising under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, at mediation. (ECF No. 43). Pursuant to § 216(b) of the FLSA, employees may settle their claims under the FLSA if the court approves the proposed settlement. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Toward that end, the Court conducted a fairness hearing on January 18, 2018, at which it reviewed the terms of the settlement agreement in open court. (ECF No. 43). Being otherwise duly advised in the premises,

the undersigned found the terms to be a fair and reasonable settlement of Plaintiffs' *bona fide* claims under the FLSA. As such, the parties' settlement agreement was **APPROVED**.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that, pursuant to the above-noted Stipulation, this action is **DISMISSED WITH PREJUDICE**. All pending matters are **DEEMED MOOT**. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of February 2018.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**